**The People of the State of Illinois, Plaintiff-Appellee, v. James E. Hanover, Defendant-Appellant.**

Gen. No. 66–122. ▮▮▮▮▮▮▮▮

Fifth District.
April 24, 1967.

Joseph Cohn, of East St. Louis, for appellant; Richard E. Richman, State's Attorney of Jackson County, of Murphysboro, for appellee. Opinion by JUSTICE GOLDENHERSH. **Not to be published in full.**